# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9687282 | HODGSON | 1761 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 06/15/2020 12:11

Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.34(a)(1)

GRCA

Place of Offense: SOUTH AND CENTER

Offense Description: Factual Basis for Charge    HAZMAT ☐

DISORDERLY CONDUCT — DOMESTIC VIOLENCE

### DEFENDANT INFORMATION
Phone:

Last Name: ROZANAS
First Name: IOANNIS
M.I.: —

Street Address:

City: HOUSTON
State: TX
Zip Code: 77057
Date of Birth: ?/1985

Drivers License No.: VISA    CDL ☐    D.L. State: US    Social Security No.: PP

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female    Hair: BLK    Eyes: BRN    Height: 6-02    Weight: 180

### VEHICLE    VIN: —    CMV ☐

Tag No.: —    State: CA    Year: 19    Make/Model: KIA/4D    PASS ☐    Color: WHT

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

ARREST

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date: _____    Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9687282*

20-04101MJ-001-PCT-CDB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 15, 2020 while exercising my duties as a law enforcement officer in the District of Arizona

Around 1211 hrs. I was on uniformed vehicle patrol within Grand Canyon National Park. Grand Canyon Regional Communication Center dispatched law enforcement units to a "physical domestic" at the intersection of Center Road and AZ 64. The only description given was of a small white sedan. Ranger Vandzura arrived on scene, and observed a male and a female in the area of a white sedan. Ranger Vandzura told me that "they're the ones." I interviewed the female, Crystal MEYER. MEYER told me that she and her husband, Ioannis ROZANAS had a verbal argument in their car over directions. She said that during the argument, ROZANAS spit in her face. She also said that as she was trying to leave the car, ROZANAS grabbed her arms to keep her from leaving. After the physical incident, MEYER took her backpack and walked away into the woods. MEYER said that multiple bystanders stopped to offer assistance and make sure everything was OK during the incident. MEYER also said that one similar incident has happened since February of this year.

ROZANAS said that he and MEYER got into a verbal argument in the car. He said that there was pushing and shoving, but that he did not spit in MEYER's face. He said that he did grab MEYER's arms to keep her from leaving during the argument.

ROZANAS was placed under arrest for:Disorderly Conduct - Engaging in fighting, threatening, or violent behavior

Body Camera and Vehicle Camera footage was recorded.

Loc Code: A107
VN: 9687282
Case #: NP20062216

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __06/15/2020__ _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles   U.S. Magistrate Judge
Digitally signed by Camille D. Bibles
Date: 2020.06.15 15:22:54 -07'00'
Date (mm/dd/yyyy)